# EXHIBIT "A"
## Individual Counts of Wire Fraud

| Count: | Date: | Purpose: | Payment to: | Amount: | Payment from: |
|---|---|---|---|---|---|
| 2. | 1/3/2011 | DELTA | ATLANTA GA | $640.80 | FIB CC |
| 3. | 1/3/2011 | DELTA | ATLANTA GA | $796.80 | FIB CC |
| 4. | 1/3/2011 | DELTA | ATLANTA GA | $660.80 | FIB CC |
| 5. | 2/3/2011 | Kellogg MBA Tuition | EVANSTON IL | $30,667.00 | AMEX |
| 6. | 2/3/2011 | Kellogg MBA Expenses | EVANSTON IL | $843.34 | AMEX |
| 7. | 1/9/2011 | THE RANCH CLUB | 406-5321000 MT | $150.00 | FIB CC |
| 8. | 1/10/2011 | THAI SOOKDEE RESTAURANT | EVANSTON IL | $57.00 | FIB CC |
| 9. | 1/18/2011 | SIMPLY MAC #104 | COTTONWOOD HE UT | $100.39 | FIB CC |
| 10. | 1/19/2011 | RED LOBSTER US00006130 | MURRAY UT | $60.00 | FIB CC |
| 11. | 1/19/2011 | HOPPERS GRILL | MIDVALE UT | $48.55 | FIB CC |
| 12. | 1/21/2011 | SQUATTERS ROADHOUS | PARK CITY UT | $58.33 | FIB CC |
| 13. | 1/24/2011 | DELTA MINN/ | ST PAUL MN | $300.00 | FIB CC |
| 14. | 1/31/2011 | NU KELLOG ALLEN CTR2 7 | EVANSTON IL | $400.00 | FIB CC |
| 15. | 2/1/2011 | HILTON HOTEL F/D | EVANSTON IL | $112.42 | FIB CC |
| 16. | 2/7/2011 | THE RANCH CLUB | 406-5321000 MT | $150.00 | FIB CC |
| 17. | 3/3/2011 | TUITION/FEES | EVANSTON IL | $80.00 | AMEX |
| 18. | 3/3/2011 | TUITION/FEES | EVANSTON IL | $12.05 | AMEX |
| 19. | 4/3/2011 | CHEVRON EXTRA MART # | PARK CITY UT | $63.95 | AMEX |
| 20. | 3/7/2011 | ASSETS INVESTMENT INC | CHICAGO IL | $46.45 | FIB CC |
| 21. | 4/3/2011 | Kellogg MBA Tuition | EVANSTON IL | $24,666.00 | AMEX |
| 22. | 4/3/2011 | Kellogg MBA Expenses | SCHAUMBURG IL | $678.32 | AMEX |
| 23. | 4/3/2011 | DELTA AIR LINES | Atlanta | $936.80 | AMEX |
| 24. | 4/3/2011 | DELTA AIR LINES | ATLANTA | $936.80 | AMEX |
| 25. | 4/3/2011 | ENTERPRISE RENT A CA | SALT LAKE CITY UT | $56.09 | AMEX |
| 26. | 5/3/2011 | DEL TA AIR LINES | MIAMI LAKES FL | $720.81 | AMEX |
| 27. | 5/3/2011 | BESTBUY MHT 1761 | PARK CITY UT | $142.06 | AMEX |
| 28. | 4/18/2011 | MURRAY HEIGHTS00451450 | MURRAY UT | $76.20 | FIB CC |
| 29. | 4/17/2011 | DELTA | SALT LAKE CTY UT | $60.00 | FIB CC |
| 30. | 5/3/2011 | CHICAGO ELITE 6706 O | CHICAGO IL | $47.34 | AMEX |
| 31. | 5/3/2011 | HERFF JONES SCHOOL RING | INDIANAPOLIS | 1,124.57 | AMEX |
| 32. | 5/3/2011 | ENTERPRISE RENT A CAR | SALT LAKE CITY | $92.02 | AMEX |

|     |            |                                      |                       |            |                          |
| --- | ---------- | ------------------------------------ | --------------------- | ---------- | ------------------------ |
|     |            |                                      | UT                    |            |                          |
| 33. | 5/3/2011   | DELTA AIR LINES                      | ATLANTA               | $573.60    | AMEX                     |
| 34. | 5/3/2011   | TUITION/FEES                         | EVANSTON IL           | $80.00     | AMEX                     |
| 35. | 5/3/2011   | THELADDERS.COM                       | NEW YORK NY           | 120.00     | AMEX                     |
| 36. | 6/3/2011   | Z TEJAS SALT LK CTY                  | SALT LAKE CITY UT     | $69.25     | AMEX                     |
| 37. | 6/3/2011   | 7-ELEVEN 32751 00073                 | DRAPER UT             | $38.14     | AMEX                     |
| 38. | 6/3/2011   | THELADDERS.COM                       | NEW YORK NY           | 695.00     | AMEX                     |
| 39. | 6/3/2011   | TUITION/FEES                         | EVANSTON IL           | $80.00     | AMEX                     |
| 40. | 5/30/2011  | CLARK COUNTY 600307348               | DUBOIS ID             | $67.14     | FIB CC                   |
| 41. | 6/3/2011   | NW University Bookstore              | Evanston, IL          | $40.49     | AMEX                     |
| 42. | 6/3/2011   | PARK WEST7-11 TES04PARK CITY         | PARK CITY UT          | $84.76     | AMEX                     |
| 43. | 7/3/2011   | CHIMAYO RESTAURANTCPARKCITY          | PARK CITY UT          | $120.12    | AMEX                     |
| 44. | 6/13/2011  | NORSHORE CAB CO.                     | Evanston, IL          | $55.00     | FIB CC                   |
| 45. | 6/13/2011  | DELTA                                | DALLAS TX             | $193.00    | FIB CC                   |
| 46. | 6/14/2011  | NORSHORE CAB CO.                     | EVANSTON IL           | $55.00     | FIB CC                   |
| 47. | 6/15/2011  | HOLIDAY INN EXPRESS                  | PARK CITY UT          | $118.10    | FIB CC                   |
| 48. | 6/14/2011  | ENTERPRISE RENT-A-CAR                | SALT LAKE CIT UT      | $60.70     | FIB CC                   |
| 49. | 6/19/2011  | CLARK COUNTY 600307348               | DUBOIS ID             | $54.35     | FIB CC                   |
| 50. | 7/3/2011   | SLC INTERNATIONAL AI                 | SALT LAKE CITY UT     | $140.00    | AMEX                     |
| 51. | 7/3/2011   | IHG PKCTYPMS PARK CITY               | PARK CITY UT          | $194.86    | AMEX                     |
| 52. |            | RCCC Dues                            | MT                    | $6,000.00  | Vann's FIB xxxxxx9889    |
| 53. | 8/3/2011   | PARK WEST7-11 TES04PARKCITY          | PARK CITY UT          | $65.33     | AMEX                     |
| 54. | 7/28/2011  | WINDY RIDGE CAFE                     | PARK CITY UT          | $100.19    | FIB CC                   |
| 55. | 8/3/2011   | DIAMOND WIRELESS 111 PARK CITY       | PARK CITY UT          | $53.16     | AMEX                     |
| 56. | 8/3/2011   | RED ROCK BREWING COMSALT LAKE CITY   | SALT LAKE CITY UT     | $192.51    | AMEX                     |
| 57. | 9/2/2011   | TEXACO WIND RIVER PEPARKCITY UT      | PARK CITY UT          | $104.96    | AMEX                     |
| 58. | 9/2/2011   | TEXACO WIND RIVER PE                 | PARK CITY UT          | $76.65     | AMEX                     |
| 59. | 9/2/2011   | Apex 372649 Park City UT             | PARK CITY UT          | $131.49    | AMEX                     |
| 60. | 9/2/2011   | TEXACO WIND RIVER PEPARKCITY         | PARK CITY UT          | $83.80     | AMEX                     |
| 61. | 11/3/2011  | TEXACO WIND RIVER PEPARKCITY         | PARK CITY UT          | $56.66     | AMEX                     |
| 62. | 10/19/2011 | CHEVRON 0306751 IDAHO                | IDAHO FALLS ID        | $59.79     | FIB CC                   |

|     |            |                                          |                       |          |        |
|-----|------------|------------------------------------------|-----------------------|----------|--------|
|     |            | FALLS ID                                 |                       |          |        |
| 63. | 12/2/2011  | WHOLEFDS PKC 10440 043557 50200          | PARK CITY UT          | $173.93  | AMEX   |
| 64. | 11/3/2011  | THELADDERS.COM 866-937-1005 NY           | NEW YORK NY           | 180.00   | AMEX   |
| 65. | 12/2/2011  | DELTA AIR LINES ATLANTA                  | ATLANTA               | $483.40  | AMEX   |
| 66. | 12/2/2011  | DELTA AIR LINES ATLANTA                  | ATLANTA               | $179.40  | AMEX   |
| 67. | 11/21/2011 | WWW.LINKEDIN.COM                         | MOUNTAIN VIEW CA      | $499.50  | FIB CC |
| 68. | 12/1/2011  | DELTA                                    | SAN ANTONIO TX        | $362.40  | FIB CC |
| 69. | 1/3/2012   | TEXACO WIND RIVER PEPARK CITY            | PARK CITY UT          | $61.54   | AMEX   |
| 70. | 1/3/2012   | PARK CITY CHAMBER BU435-6496100          | PARK CITY UT          | $229.00  | AMEX   |
| 71. | 1/3/2012   | WINDY RIDGE CAFE 4 WPARK CITY            | PARK CITY UT          | $65.99   | AMEX   |
| 72. | 1/2/2012   | DELTA                                    | DELTA.COM CA          | $984.20  | FIB CC |
| 73. | 1/2/2012   | UNITED                                   | SAN ANTONIO TX        | $386.10  | FIB CC |
| 74. | 2/3/2012   | DELTA AIR LINES ATLANTA                  | ATLANTA               | $560.80  | AMEX   |
| 75. | 2/3/2012   | STAPLES 00835 PARK CITY UT               | PARK CITY UT          | $71.70   | AMEX   |
| 76. | 2/3/2012   | TEXACO WIND RIVER PARKCITY               | PARK CITY UT          | $69.82   | AMEX   |
| 77. | 2/3/2012   | THE UPS STORE 1372 PARK CITY UT          | PARK CITY UT          | $265.00  | AMEX   |
| 78. | 4/3/2012   | THE UPS STORE 3471 PARK CITY UT          | PARK CITY UT          | $92.01   | AMEX   |
| 79. | 4/3/2012   | BEST BUY CO 527 SALT LAKE CITY UT        | SALT LAKE CITY UT     | $109.08  | AMEX   |
| 80. | 4/3/2012   | STAPLES 00835 PARK CITY UT               | PARK CITY UT          | $247.80  | AMEX   |
| 81. | 4/3/2012   | ENTERPRISE RENT A CAR SALT LAKE CITY     | SALT LAKE CITY UT     | $486.45  | AMEX   |
| 82. | 5/3/2012   | LUXE TRAVEL BOCA RATON FL                | BOCA RATON FL         | 182.60   | AMEX   |
| 83. | 5/3/2012   | LUXE TRAVEL BOCA RATON FL                | BOCA RATON FL         | 35.00    | AMEX   |
| 84. | 5/3/2012   | LUXE TRAVEL BOCA                         | BOCA RATON FL         | 545.90   | AMEX   |
| 85. | 5/3/2012   | CHEVRON EXTRA MART #PARK CITY            | PARK CITY UT          | $94.42   | AMEX   |