# EXHIBIT "B"
## Individual Counts of Money Laundering

### Lease Payments (Painted Sky)

| Count: | Date: | Amount: | Payment to FIB: | Payment from FIB: |
|---|---|---|---|---|
| 132. | 1/5/2011 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 133. | 2/7/2011 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 134. | 3/7/2011 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 135. | 4/5/2011 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 136. | 5/5/2011 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 137. | 6/6/2011 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 138. | 7/5/2011 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 139. | 8/5/2011 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 140. | 9/6/2011 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 141. | 10/5/2011 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 142. | 11/7/2011 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 143. | 12/5/2011 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 144. | 1/5/2012 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 145. | 2/6/2012 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 146. | 3/5/2012 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 147. | 4/5/2012 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 148. | 5/7/2012 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 149. | 6/5/2012 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 150. | 7/5/2012 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 151. | 8/6/2012 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |
| 152. | 9/5/2012 | $13,736.87 | xxxxxx6590 | xxxxxxx7200 |

### Lease Payments (JPEG)

| Count: | Date: | Amount: | From Account #: | Transferred to Account #: |
|---|---|---|---|---|
| 153. | 1/5/2011 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| 154. | 2/7/2011 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| 155. | 3/7/2011 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| 156. | 4/5/2011 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| 157. | 5/5/2011 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| 158. | 6/6/2011 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| 159. | 7/5/2011 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| 160. | 8/5/2011 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |

| | | | | |
|---|---|---|---|---|
| **161.** | 9/6/2011 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| **162.** | 10/5/2011 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| **163.** | 11/7/2011 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| **164.** | 12/5/2011 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| **165.** | 1/5/2012 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| **166.** | 2/6/2012 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |
| **167.** | 3/5/2012 | $11,300.00 | TSB xxxxx1013 | FIB Loan xxxxxx6464 |