# EXHIBIT "C"
## Individual Counts of Money Laundering

### Lease Payments (Painted Sky)

| Count: | Date: | Amount: | Payment to FIB: | Payment from FIB: |
|---|---|---|---|---|
| 168. | 1/18/2011 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 169. | 2/15/2011 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 170. | 3/15/2011 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 171. | 4/15/2011 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 172. | 5/16/2011 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 173. | 6/15/2011 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 174. | 7/15/2011 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 175. | 8/15/2011 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 176. | 9/15/2011 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 177. | 10/17/2011 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 178. | 11/15/2011 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 179. | 12/15/2011 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 180. | 1/17/2012 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 181. | 2/15/2012 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 182. | 3/15/2012 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 183. | 4/16/2012 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 184. | 5/15/2012 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 185. | 6/15/2012 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 186. | 7/16/2012 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 187. | 8/15/2012 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |
| 188. | 9/17/2012 | $2,930.35 | xxxxxxxxx1385 | xxxxxxxxx7200 |

### Lease Payments (JPEG)

| Count: | Date: | Amount: | From Account #: | Transferred to Account #: |
|---|---|---|---|---|
| 189. | 1/3/2011 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 190. | 1/3/2011 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 191. | 2/3/2011 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 192. | 2/3/2011 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 193. | 3/3/2011 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 194. | 3/3/2011 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 195. | 4/4/2011 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 196. | 4/4/2011 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |

| 197. | 5/3/2011 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| --- | --- | --- | --- | --- |
| 198. | 5/3/2011 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 199. | 6/3/2011 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 200. | 6/3/2011 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 201. | 7/5/2011 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 202. | 7/5/2011 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 203. | 8/3/2011 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 204. | 8/3/2011 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 205. | 9/6/2011 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 206. | 9/6/2011 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 207. | 10/3/2011 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 208. | 10/3/2011 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 209. | 11/3/2011 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 210. | 11/3/2011 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 211. | 12/5/2011 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 212. | 12/5/2011 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 213. | 1/3/2012 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 214. | 1/3/2012 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 215. | 2/3/2012 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |
| 216. | 2/3/2012 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 217. | 3/5/2012 | $2,300.00 | TSB xxxxx1013 | xxxxxx1351 Painted Sky |
| 218. | 3/5/2012 | $2,300.00 | TSB xxxxx1013 | FIB xxxxxx8861 |