
FILED

JUN 0 6 2017

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–40–M–DLC–01 |
| Plaintiff, | |
| vs. | ORDER |
| GEORGE LESLIE MANLOVE, | |
| Defendant. | |

A copy of the trial transcript in this case will be used on appeal. Immediately prior to the jury's deliberations at trial, the Court referenced the alternate juror by name. In the interest of protecting this individual's personal privacy,

IT IS ORDERED that the name of the alternate juror shall be redacted from the applicable portions of the trial transcript in this matter.

DATED this 6th day of June, 2017.

Dana L. Christensen, Chief Judge
United States District Court