**FILED**

JUN 0 8 2017

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE LESLIE MANLOVE,<br><br>Defendant. | CR 15–40–M–DLC–01<br><br>ORDER |

Defendant George Leslie Manlove ("Manlove") moves the Court to extend the deadline to self surrender to the United States Bureau of Prisons ("BOP"). The Court allowed Manlove to self surrender at his sentencing hearing so he could attend the restitution hearing and get his personal affairs in order. The restitution hearing was scheduled for June 19, 2017, so the Court ordered Manlove to report no earlier than June 20, 2017. The BOP has notified Manlove that he is to self surrender in Sheridan, Oregon on June 20, 2017. Manlove requests that this date be extended to July 20, 2017, or, in the alternative, at least June 22, 2017.

The Court finds that because Manlove was given more time than the usual defendant to self surrender—approximately four weeks since the date of his

-1-

sentencing hearing—another 30 days is not warranted. However, Manlove's request for an additional two days to travel to Sheridan, Oregon after his restitution hearing on June 19, 2017, in Missoula, Montana, is reasonable and will be granted.

Accordingly, IT IS ORDERED that Manlove's Motion to Extend Time in which to Self Surrender (Doc. 352) is GRANTED IN PART. Manlove shall surrender to the Bureau of Prisons no earlier than June 22, 2017. The Clerk of Court is directed to notify the United States Marshals Service of the contents of this Order.

DATED this 8th day of June, 2017.

Dana L. Christensen, Chief Judge
United States District Court